UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JESUS COSME-TORRES, :
    Petitioner : CIVIL ACTION NO. 3:21-1480
v. : (JUDGE MANNION)
     :
BUREAU OF PRISONS, :
    Respondent :
     :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

**MALACHY E. MANNION**
United States District Judge

DATE: April 5, 2023
21-1480-01